# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | ) |
|---|---|
| CASSIE ANN TAYLOR, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13-CV-0369-TOR |
| | ) |
| BANK OF AMERICA, N.A., NORTHWEST TRUSTEE SERVICES, INCL, and DOES 1-100, | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motions to Dismiss ECF Nos. 7 and 15, are GRANTED. Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on motions to dismiss ECF Nos. 7 &15.

Date: April 14, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen