UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASSIE ANN TAYLOR,<br><br>                Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A, NORTHWEST TRUSTEE SERVICES, INC., and DOES 1-100,<br><br>                Defendants. | NO: 13-CV-0369-TOR<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

BEFORE THE COURT is Plaintiff's Motion for Reconsideration (ECF No. 32). This matter was submitted for consideration without oral argument. The Court has reviewed the briefing and the record and files herein, and is fully informed.

## DISCUSSION

A motion for reconsideration may be reviewed under either Federal Rule of Civil Procedure 59(e) (motion to alter or amend a judgment) or Rule 60(b) (relief

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION ~ 1

from judgment).  *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Id.* at 1263.  Reconsideration is properly denied when the movant "present[s] no arguments . . . that had not already been raised" in the underlying motion.  *Taylor v. Knapp*, 871 F.2d 803, 805 (9th Cir. 1989).

Plaintiff argues, once again, that Bank of America was bound by the so-called "Settlement Agreement" which purported to terminate Bank of America's right to foreclose on her property.  The Court rejects this argument for the reasons previously stated: the offer was never accepted by Defendants, and, in any event, the agreement fails for lack of valid consideration.  ECF No. 28 at 8-11.

**IT IS HEREBY ORDERED:**

Plaintiff's Motion for Reconsideration (ECF No. 32) is **DENIED**.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel and Plaintiff at her current address of record.

**DATED** June 19, 2014.



THOMAS O. RICE
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION ~ 2